UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62905-CIV-SINGHAL/Valle

DEBBIE DELOTTA,

    Plaintiff,

v.

SOUTH BROWARD HOSPITAL DISTRICT,
d/b/a MEMORIAL HEALTHCARE SYSTEM,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation to District Judge (DE [90]) issued on February 16, 2023. Therein, Magistrate Judge Valle considered Defendant's Motion and Memorandum of Law in Support of Defendant's Verified Bill of Costs ("Defendant's Motion Verified Bill of Costs") (DE [79]). Magistrate Judge Valle recommends Plaintiff's Post-Judgment Motion for Attorneys' Fees and Costs and Incorporated Memorandum of Law (DE [20]) be granted in part and denied in part and that Defendant be awarded $4,950.96 in costs.

Parties have fourteen days to file any objections to a magistrate judge's factual findings. *See* Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b). Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation (DE [30]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*,

even in the absence of an objection."). This Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation (DE [30]) have been filed, thus, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation to District Judge (DE [90]) is **AFFIRMED** and **ADOPTED** as follows:

1. Defendant's Motion and Memorandum of Law in Support of Defendant's Verified Bill of Costs (DE [79]) is **GRANTED in part** and **DENIED in part**.

2. Defendant, SOUTH BROWARD HOSPITAL DISTRICT, is **AWARDED** attorneys' fees and costs against Plaintiff, DEBBIE DELOTTA.

3. Defendant SOUTH BROWARD HOSPITAL DISTRICT shall recover from Plaintiff DEBBIE DELOTTA **the total of $4,950.96 in costs**, consisting of (i) $1,314 in fees of the Clerk of Court and U.S. Marshal; (ii) $2,853 in Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case; and (iii) $783.96 in Fees for Exemplification and the Costs of Making Copies of Any Materials Where the Copies are Necessarily Obtained for Use in the Case, for which let execution issue.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of March 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF